IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIM. NO. 2:13 CR 813 |
| | ) | 29 U.S.C. § 501(c) |
| v. | ) | 29 U.S.C. § 439(b) |
| | ) | 29 U.S.C. § 439(c) |
| DERRICK ALEXANDER | ) | |
| | ) | INDICTMENT |

## COUNT 1

THE GRAND JURY CHARGES:

From in or around September, 2008, to in or around March, 2010, in the District of South Carolina, the defendant DERRICK ALEXANDER, while an officer, that is, Secretary Treasurer, of Longshoremen's Association AFL-CIO, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $54,500.00.

In violation of Title 29, United States Code, Section 501(c).

## COUNTS 2 - 3

THE GRAND JURY FURTHER CHARGES:

1. At all times material to this Indictment the Longshoremen's Association AFL-CIO was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. §401, et seq., required to file an annual financial (LM series) report with the Secretary of Labor.

2. On or about the dates listed below, in the District of South Carolina, the defendant DERRICK ALEXANDER, did willfully make a false statement and representation of material fact knowing it to be false in a report and document required to be filed by the Longshoremen's

1

Association AFL-CIO with the Secretary of Labor pursuant to Section 431 of Title 29, United States Code, that is, the annual financial report form LM2 for the union's fiscal year ending on December 31:

| Count | Date | Item |
|---|---|---|
| Two | 12/31/08 | Annual Form LM-2 Financial Report |
| Three | 12/31/09 | Annual Form LM-2 Financial Report |

All in violation of Title 29, United States Code, Section 439(b).

## COUNT 4

1. The allegation in Paragraph One of Counts Two and Three above is incorporated by reference.

2. On or about February 25, 2009, in the District of South Carolina, the defendant DERRICK ALEXANDER, did willfully make a false entry in a record required to be kept by Section 436 of Title 29, United States Code, that is, deposit slips and deposit detail records, records on matters required to be reported in the annual financial report of the Longshoremen's Association AFL-CIO, which was required to be filed with the Secretary of Labor for the labor organization's fiscal year ending December 31.

All in violation of Title 29, United States Code, Section 439(c).

A __true__ BILL

███████████
FOREPERSON

_Nathan William for_
WILLIAM N. NETTLES (NSW)
UNITED STATES ATTORNEY

2